2:24-mj-07173-EIL *SEALED* #4 Filed: 12/04/24 Page 1 of 4
2:24-mj-07173-EIL #3 (Court only) Filed: 12/02/24 Page 1 of 4
☐ Original ☐ Duplicate Original

E-FILED
Wednesday, 04 December, 2024 11:19:57 AM
Monday, 02 December, 2024 02:21:23 PM
Clerk, U.S. District Court, ILCD

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 24-MJ- 7173
U.S. Postal Service Priority Mail )
parcel # 9505 5109 7843 4330 6623 07 )
Currently in the custody of the U.S. Postal Inspection Service )
)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ____Central____ District of ____Illinois____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A attached hereto and incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B attached hereto and incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before ____December 16, 2024____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Eric I. Long____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 12/2/2024; 1:10 p.m.

**Eric Long** Digitally signed by Eric Long
Date: 2024.12.02 13:11:39 -06'00'
*Judge's signature*

City and state: Urbana, Illinois                    Eric I. Long, United States Magistrate Judge
                                                    *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 24-MJ-7173 | Date and time warrant executed: 12/02/2024 1:25 pm | Copy of warrant and inventory left with: N/A |

Inventory made in the presence of:
USPIS TFO Jon Haley and Illinois State Police Sgt. Ben Schlouch

Inventory of the property taken and name of any person(s) seized:

U.S. Postal Service Priority Mail Parcel # 9505 5109 7843 4330 6623 07 (Subject Parcel)

- Two (2) bundles which had been secreted in coffee grounds totaling approximately 141.2 grams (to include packaging) of a white powdery substance suspected of being cocaine (positive field test for cocaine)

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/03/2024

s/ redacted
*Executing officer's signature*

James L. Hertel - U.S. Postal Inspector
*Printed name and title*

## ATTACHMENT A

| | |
|---|---|
| SUBJECT PARCEL 1: | Located at the Illinois State Police Zone 5 Office, 2125 S. First St., Champaign, IL 61820 |
| USPS Tracking Number: | 9505 5109 7843 4330 6623 07 |
| Sender Address: | Ext. Marisol 95 Calle 3, Arecibo, PR 00612 |
| Recipient Address: | 1533 Eater Dr., Rantoul, IL 61866 |
| Parcel Dimensions: | 11.25 inches x 8.75 inches x 6 inches |
| Parcel Weight: | 3 pounds, 5 ounces |



## ATTACHMENT B

Evidence of shipping narcotics in the drug trafficking trade, including but not limited to, controlled substances, analog substances there-of, packaging, proceeds, United States Currency, correspondence, written correspondence, identification of sender or receiver, evidence of payment proceeds or receipt, or any paraphernalia related to violations of 21 U.S.C. § 841(a)(1) or 18 U.S.C. § 1952.